# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 11-3550

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Southern District of Iowa. |
| Jerrold Dean Hammer, | * | |
| | * | [UNPUBLISHED] |
| Appellant. | * | |

_____

Submitted: April 18, 2012
Filed: April 25, 2012

_____

Before BYE, COLLOTON, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Jerrold Hammer appeals the district court's[1] denial of his 18 U.S.C. § 3582(c)(2) motion for a reduction of his revocation sentence. We agree with the court that Hammer was not eligible for a reduction. See U.S.S.G. § 1B1.10, comment. (n.5(A)) (2011); United States v. Morales, 590 F.3d 1049, 1052-53 (9th Cir. 2010); United States v. Fontenot, 583 F.3d 743, 744-45 (10th Cir. 2009); United States v. Forman, 553 F.3d 585, 588-89 (7th Cir. 2009) (per curiam). Accordingly, we affirm the judgment, and we grant counsel's motion to withdraw.

_____

[1]The Honorable Ronald E. Longstaff, United States District Judge for the Southern District of Iowa.